STEVEN M. WEISS, State Bar No. 197374
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
sweiss@baylegal.org
Phone:  (510) 663-4744 x5206
Fax:    (510) 663-4740

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE BARBOZA,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant | CIVIL NO.  C-12-1153-EDL<br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE (EAJA) FEES |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

subject to the approval of the Court, that Plaintiff will be awarded attorney fees in the amount of

five thousand five hundred dollars ($5,500.00) under the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf

of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §

2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the Defendant will consider any assignment of EAJA fees to Bay Area Legal Aid pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-53 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the Bay Area Legal Aid, pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to Bay Area Legal Aid.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Bay Area Legal Aid may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Bay Area Legal Aid to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA, although Bay Area Legal Aid has waived their right to claim any fees under 42 U.S.C. §406(b).


Dated:   August 26, 2013          By: _____/s/_____

                                  Steven M. Weiss

                                  Attorney for Plaintiff

Dated: August 26, 2013            By: _____/s/_(as authorized via email 8/26/13)

Dennis J. Hanna

Special Assistant United States Attorney


[PROPOSED] ORDER:

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

By:  *Elijah B D. Laporte*

Dated: August 29, 2013            Hon. Elizabeth D. Laporte,

United States Chief Magistrate Judge